**Juanita COTTO, Petitioner–Appellant,**

v.

**Elaine A. LORD, Superintendent, Bedford Hills Correctional Facility, Respondent–Appellee.**

**No. 01–2056.**

United States Court of Appeals, Second Circuit.

Nov. 8, 2001.

Myron Beldock, New York, NY; Melvin L. Wulf, New York, NY, and Jaya L. Connors, Albany Law School Domestic Violence Clinic, Albany, NY, on the brief, for appellant.

Mary C. Farrington, Assistant District Attorney; Eleanor J. Ostrow, Assistant District Attorney, on the brief, for Robert M. Morganthau, District Attorney, New York County, for appellee.

Present VAN GRAAFEILAND, WINTER, and SACK, Circuit Judges.

**SUMMARY ORDER**

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment of

January 10, 2001 be, and it hereby is, AFFIRMED substantially for the reasons stated in Judge Koeltl's thorough opinion of January 10, 2001. *See generally Cotto v. Lord,* No. 99 Civ. 4874(JGK), 2001 WL 21246 (S.D.N.Y. Jan. 9, 2001).

For the foregoing reasons, the judgment of the District Court is hereby AFFIRMED.